Same case below, 372 Fed. Appx. 355.

**No. 10-5142. David Mobley, Petitioner v. Ohio.**

562 U.S. 906, 131 S. Ct. 249, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 7080.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Fairfield County, denied.

**No. 10-5143. Felicia Triana, Petitioner v. United States.**

562 U.S. 906, 131 S. Ct. 249, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 7033.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 20.

**No. 10-5144. John David Wilson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 906, 131 S. Ct. 249, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 6869.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5145. John P. Nichols, Petitioner v. United States.**

562 U.S. 906, 131 S. Ct. 249, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 7425.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 546.

**No. 10-5146. Michey Allen Weicksel, Petitioner v. United States.**

562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 6967.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 261.

**No. 10-5147. Tamara Azure, aka Tamara Wind, Petitioner v. United States.**

562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 6942.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 449.

**No. 10-5148. Kareem Johnson, Petitioner v. Pennsylvania.**

562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 165, 2010 U.S. LEXIS 7010.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 604 Pa. 176, 985 A.2d 915.